AO 10
Rev. 1/2010

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2009

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| MILLER, GRAY H. | U.S. DIST. COURT, SO. DIST. TX | 07/12/2010 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. DISTRICT JUDGE - ACTIVE | ☐ Nomination, Date  ☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 01/01/2009 to 12/31/2009 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| BOB CASEY U. S. COURTHOUSE<br>515 RUSK AVE<br>HOUSTON, TX 77002 | Reviewing Officer_____ _____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member of the Advisory Board | USS Cavalla Historical Foundation |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

Miller, Gray H.

| Name of Person Reporting | Date of Report |
|---|---|
| MILLER, GRAY H. | 07/12/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children: see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MILLER, GRAY H. | 07/12/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Trapeze Capital Corp. | Margin Account | J |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MILLER, GRAY H. | 07/12/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Chase Bank Accounts | A | Interest | J | T | | | | | |
| 2. Everbank Bank Accounts | C | Interest | L | T | | | | | |
| 3. Peoples State Bank Account (Y) | | | | | | | | | |
| 4. Compass Bank Money Market Account (X) | A | Interest | J | T | | | | | |
| 5. Bank of America (CD)(X) | B | Interest | | | Closed | 02/17/09 | J | | |
| 6. Excelsior Fund L.P. | A | Int./Div. | | | Redeemed | 04/07/09 | L | | |
| 7. Glenrock Global Partners AI L.P. | A | Int./Div. | | | Redeemed (part) | 07/17/09 | M | | |
| 8. | | | | | Redeemed | 10/07/09 | J | D | |
| 9. Copernicus International Market Neutral Fund, LP | A | Int./Div. | | | Redeemed | 05/04/09 | M | D | |
| 10. Nippon Renewal Partners L.P. | A | Int./Div. | | | Redeemed (part) | 07/17/09 | L | | |
| 11. | | | | | Redeemed | 10/07/09 | J | B | |
| 12. Federated Prudent Bear Fund (Mutual Fund) | | None | | | Sold | 03/06/09 | L | E | |
| 13. Performex Multi Manager Fund 3c1 LP | A | Int./Div. | O | T | Buy | 09/24/09 | O | | |
| 14. | | | | | Buy (add'l) | 10/21/09 | K | | |
| 15. Brokerage Account #1 | | | | | | | | | |
| 16. - Fidelity Core Cash Account | A | Interest | J | T | | | | | |
| 17. - Fidelity US Treasury Money Market | A | Dividend | | | Closed | 08/18/09 | M | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MILLER, GRAY H. | 07/12/2010 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Rising US Dollar Pro Fund Inv Class | | None | | | Sold | 03/09/09 | K | A | |
| 19. - iShares Barclays 7-10 Year Treasury Bond FD (IEF) | A | Dividend | | | Sold | 07/27/09 | K | | |
| 20. - Templeton Emerging Markets Inc Fd | | None | | | Buy | 07/20/09 | J | | |
| 21. | | | | | Buy (add'l) | 08/06/09 | J | | |
| 22. | | | | | Sold | 08/18/09 | K | | |
| 23. Brokerage Account #2 | | | | | | | | | |
| 24. - Canadian Superior Energy Units | | None | | | Sold | 02/13/09 | J | | |
| 25. - Cano Petroleum Inc Common | | None | J | T | Sold (part) | 09/30/09 | J | | |
| 26. - Canoro Res Ltd. Units (Y) | | | | | | | | | |
| 27. - Corridor Res Inc. Common Stock | | None | K | T | Buy (add'l) | 02/24/09 | J | | |
| 28. - Malaga Inc | | None | J | T | Buy (add'l) | 08/05/09 | J | | |
| 29. - ORCA Exploration | | None | J | T | | | | | |
| 30. - Etruscan Resources Inc. Common Stock | | None | J | T | | | | | |
| 31. - Globestar Mining Corp Common Stock | | None | | | Sold (part) | 03/24/09 | J | | |
| 32. | | | | | Sold | 07/28/09 | J | | |
| 33. - Goldfarb Corp Cl-A Svs | | None | J | T | | | | | |
| 34. - High River Gld Qly Cv Rs 8% 31Dec11 | A | Interest | J | T | | | | | |

1. Income Gain Codes:   A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
(See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
(See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
  P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
(See Column C2)   U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| MILLER, GRAY H. | 07/12/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. - Petrolifera Petroleum Ltd | | None | J | T | Buy (add'l) | 08/28/09 | J | | |
| 36. - Specialty Foods Grp Vr/Rt 14/Dec11 | B | Interest | J | T | | | | | |
| 37. - St. Andrew Goldfields - New Common Stock | | None | J | T | | | | | |
| 38. - Sterling Res Ltd. | | None | J | T | Sold (part) | 12/17/09 | J | A | |
| 39. - Storm Cat Energy Corp Common (Y) | | | | | | | | | |
| 40. - Pacific Energy Res | | None | | | Sold | 12/22/09 | J | | |
| 41. - Firstgold Corp Common (Y) | | | | | | | | | |
| 42. - Serrano Energy Ltd - New Common Stock | | None | J | T | | | | | |
| 43. - Storm Cat Engy-B L33QYCV9.25% 31Mar12 | | None | | | Sold | 12/24/09 | J | | |
| 44. - TG World Energy Corp Common (Y) | | | | | | | | | |
| 45. - Canadian Phoenix Res - New (Formerly... | | None | J | T | | | | | |
| 46. - McKesson Corporation Common Stock | A | Dividend | | | Buy (add'l) | 04/22/09 | J | | |
| 47. | | | | | Sold (part) | 08/21/09 | J | A | |
| 48. | | | | | Sold | 10/09/09 | J | B | |
| 49. - Pacific Egy Res'33L Reg S | | None | | | Sold | 12/22/09 | J | | |
| 50. - Aetna Inc- New Common Stock | A | Dividend | J | T | Buy | 05/13/09 | J | | |
| 51. | | | | | Buy (add'l) | 06/09/09 | J | | |

1. Income Gain Codes: (See Columns B1 and D4)
A =$1,000 or less
B =$1,001 - $2,500
C =$2,501 - $5,000
D =$5,001 - $15,000
E =$15,001 - $50,000
F =$50,001 - $100,000
G =$100,001 - $1,000,000
H1 =$1,000,001 - $5,000,000
H2 =More than $5,000,000

2. Value Codes: (See Columns C1 and D3)
J =$15,000 or less
K =$15,001 - $50,000
L =$50,001 - $100,000
M =$100,001 - $250,000
N =$250,001 - $500,000
O =$500,001 - $1,000,000
P1 =$1,000,001 - $5,000,000
P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000
P4 =More than $50,000,000

3. Value Method Codes (See Column C2)
Q =Appraisal
R =Cost (Real Estate Only)
S =Assessment
T =Cash Market
U =Book Value
V =Other
W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| MILLER, GRAY H. | 07/12/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold (part) | 09/29/09 | J | A | |
| 53. - BJS Restaurants Inc | | None | | | Sold | 06/17/09 | J | | See note in part VIII |
| 54. | | | | | Buy | 07/22/09 | J | | |
| 55. - California Pizza Kitchen | | None | | | Sold | 04/27/09 | J | | See note in part VIII |
| 56. | | | | | Buy | 07/23/09 | J | A | |
| 57. - Palm Inc | | None | | | Sold | 09/15/09 | J | | See note in part VIII |
| 58. | | | | | Buy | 09/17/09 | J | | |
| 59. | | | | | Sold | 09/22/09 | J | | |
| 60. | | | | | Buy | 10/30/09 | J | A | |
| 61. - Ruby Tuesday Inc Common Stock | | None | J | T | Buy | 01/28/09 | J | | |
| 62. | | | | | Sold (part) | 04/09/09 | J | B | |
| 63. | | | | | Sold (part) | 04/24/09 | J | A | |
| 64. | | | | | Sold (part) | 04/29/09 | J | B | |
| 65. | | | | | Buy (add'l) | 08/20/09 | J | | |
| 66. | | | | | Buy (add'l) | 10/30/09 | J | | |
| 67. - Kroger Co Common Stock | A | Dividend | J | T | Buy | 08/24/09 | J | | |
| 68. | | | | | Buy (add'l) | 09/15/09 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MILLER, GRAY H. | 07/12/2010 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - Clorox Company Common Stock | A | Dividend | J | T | Buy | 10/01/09 | J | | |
| 70. - CVS Caremark Corporation Common | A | Dividend | J | T | Buy | 03/17/09 | J | | |
| 71. | | | | | Buy (add'l) | 10/05/09 | J | | |
| 72. - Jack in the Box Inc Common | | None | J | T | Buy | 10/30/09 | J | | |
| 73. - Gamestop Corp Cl-A Common | | None | J | T | Buy | 12/03/09 | J | | |
| 74. Brokerage Account #3 | | | | | | | | | |
| 75. - Powershares QQQ Trust Series I ETF | | None | | | Buy | 05/01/09 | K | | |
| 76. | | | | | Sold | 05/06/09 | K | A | |
| 77. | | | | | Buy | 05/26/09 | L | | |
| 78. | | | | | Sold | 05/26/09 | L | | |
| 79. - SPDR Trust Unit Series I ETF | | None | | | Buy | 05/01/09 | K | | |
| 80. | | | | | Sold | 05/04/09 | K | | |
| 81. | | | | | Buy | 05/05/09 | K | | |
| 82. | | | | | Sold | 05/06/09 | K | | |
| 83. IRA #1 (formerly IRA #2) | | | | | | | | | |
| 84. - FX Concepts Global Funds Master Trust (IRA Investment) | | None | | | Redeemed | 08/14/09 | N | G | |
| 85. - AIS Futures Fund II L.P. (IRA Investment) | E | Int./Div. | | | Redeemed | 08/07/09 | L | | |

1. Income Gain Codes: A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
   (See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
   (See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
   (See Column C2)   U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| MILLER, GRAY H. | 07/12/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. - Prism Offshore Fund Ltd. (IRA Investment) | | None | | | Redeemed | 10/14/09 | N | | |
| 87. - Sprott Capital L.P. (IRA Investment) | D | Int./Div. | | | Redeemed | 10/26/09 | O | G | |
| 88. - Triumph Offshore Fund Ltd. (IRA Investment) | C | Int./Div. | | | Redeemed | 08/07/09 | M | | |
| 89. Chase Bank Account (IRA) (Y) | | | | | | | | | |
| 90. Chase Bank Account #2 (IRA) (Y) | | | | | | | | | |
| 91. Perfonnex Multi Manager Fund 3c1 LP (IRA Investment) | A | Int./Div. | P1 | T | Buy | 08/18/09 | O | | |
| 92. | | | | | Buy (add'l) | 10/19/09 | O | | |
| 93. | | | | | Buy (add'l) | 10/27/09 | O | | |
| 94. Trust #1 | | | | | | | | | |
| 95. - Fidelity Core Cash Account | A | Interest | J | T | | | | | |
| 96. - Duke Energy Corp New Common | A | Dividend | | | Sold | 08/31/09 | J | | |
| 97. - General Electric Co Common Stock | A | Dividend | | | Sold | 08/31/09 | J | | |
| 98. - Apple Inc Common Stock | | None | | | Sold | 03/19/09 | J | B | |
| 99. - Ford Mtr Co Del Com | | None | | | Sold | 03/19/09 | J | | |
| 100. - Short Dow30 ProShares ETF | | None | J | T | Buy | 08/19/09 | J | | |
| 101. - Ultra Short Dow30 ProsShares ETF | | None | J | T | Buy | 08/19/09 | J | | |
| 102. Trust #2 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| MILLER, GRAY H. | 07/12/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. - Fidelity Core Cash Account | A | Interest | J | T | | | | | |
| 104. - Duke Energy Corp New Common | A | Dividend | | | Sold | 08/31/09 | J | | |
| 105. - General Electric Co Common Stock | A | Dividend | | | Sold | 08/31/09 | J | | |
| 106. - Apple Inc Common Stock | | None | | | Sold | 03/19/09 | J | B | |
| 107. - Ford Mtr Co Del Com | | None | | | Sold | 03/19/09 | J | | |
| 108. - Short Dow30 ProShares ETF | | None | J | T | Buy | 08/19/09 | J | | |
| 109. - Ultra Short Dow30 ProsShares ETF | | None | J | T | Buy | 08/19/09 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MILLER, GRAY H. | 07/12/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Note: ETF stands for Exchange Traded Fund.

Part VII, page 6 , line 45 - This asset was formerly known as Canadian Phoenix Res Corp Common.

Part VII, page 7, line 53 - BJS Restaurants Inc was sold short on 06/17/09 and covered on 07/22/09. Column C has been left blank since this stock was no longer held at the end of the reporting period.

Part VII, page 7, line 55 - California Pizza Kitchen was sold short on 04/27/09 and covered on 07/23/09. Column C has been left blank since this stock was no longer held at the end of the reporting period. Column D(4) on page 7, line 56 shows a gain because when the stock was bought (covered the short sell) a gain was generated.

Part VII, page 7, line 57 - Palm Inc was sold short on 09/15/09 and covered on 09/17/09 and then sold short again on 09/22/09 and covered on 10/30/09. Column C has been left blank since this stock was no longer held at the end of the reporting period. Column D(4) on page 7, line 60 shows a gain because when the stock was bought (covered the short sell) a gain was generated.

Part VII, page 9 , line 89 - The Chase Bank Account (IRA) is still open but some of the money was rolled over into the Performex Multi Manager Fund 3c1 LP (IRA Investment) which is on Part VII, page 9, line 91. The proceeds from the redeemed assets in IRA #1 were deposited into the Chase Bank Account (IRA) and then used to purchase the interest in the Performex Multi Manager Fund 3c1 LP (IRA Investment) which is on Part VII, page 9, line 91.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatu

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIF... CT TO CIVIL
AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544